IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREENWELL, on behalf of himself and on behalf of all others similarly situated and the General Public,<br><br>    Plaintiffs,<br><br>  v.<br><br>BELKIN CORPORATION, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-02760 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, the Court **DENIES** defendant's motion to continue the case management conference, currently set for **AUGUST 17, 2006, AT 11:00 A.M.**  Please file a joint case management statement by August 10, 2006.

**IT IS SO ORDERED.**

Dated: July 31, 2006.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE